FILED

2017 DEC -4 AM 9: 47

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JOHN SIMONICH, individually and on behalf of all others similarly situated, | Case Number: 1:17-cv-02394-SO |
| *Plaintiff*, | |
| v. | MOTION FOR PRO HAC VICE FOR BLAKE J. DUGGER |
| ONSHIFT, INC., | |
| *Defendant*. | |

## MOTION FOR PRO HAC VICE FOR BLAKE J. DUGGER

Plaintiff, John Simonich, hereby moves this Court, pursuant to Local Rule 83.5(h) of the United States District Court for the Northern District of Ohio, for the admission *pro hac vice* of Blake J. Dugger, so that he may appear and participate in this case.

As established by the attached Certificate of Good Standing, Blake J. Dugger (New Mexico Bar No. 149483) is a member in good standing with the New Mexico bar, and has been since being admitted on November 4, 2017. Furthermore, Blake J. Dugger agrees to be bound by the Local Rules of this District and Orders of this Court.

Blake J. Dugger's contact information is as follows is as follows;

1. Physical address: Law Offices of Stefan Coleman, 1704 Llano Street, Suite B-1064, Santa Fe, New Mexico 87505;

2. Telephone number: 602-441-3704;

3. Facsimile number: 888-498-8946;

4. E-mail address: blake@stefancoleman.com

Blake J. Dugger has never been disbarred or suspended from practice before any court, department, bureau or commission of any State of the United States, or has never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

For the foregoing reasons, counsel for Plaintiff respectfully requests that this Court enter an Order granting admission *pro hac vice* of Blake J. Dugger.

Dated: December 1, 2017

Respectfully Submitted,

**JOHN SIMONICH**, individually and on behalf of Classes of similarly situated individuals

By: _____

Blake J. Dugger*
blake@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
1704 Llano St., Ste. B-1064
Santa Fe, New Mexico 87505
Telephone: (602) 441-3709
Facsimile: (888) 498-8946

Attorney for Plaintiff and the Putative Classes

*seeking pro hac vice admission*