**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **JOHN SIMONICH,**<br>Individually and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>vs.<br><br>**ONSHIFT, INC.,**<br>    Defendant. | Case No. 1:17-cv-02394<br><br>**Judge Solomon Oliver, Jr.**<br><br>**Magistrate Judge David A. Ruiz** |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John Simonich and Defendant OnShift, Inc. stipulate to the dismissal of this action, with prejudice as to Plaintiff John Simonich individually and as the class representative, and without prejudice as to any potential class members. Plaintiff and Defendant to bear their own fees and costs.

Dated: October 31, 2018

Respectfully submitted,

By: /s/ Michael J. Boyle, Jr.
MEYER WILSON CO., LPA
Matthew R. Wilson
Email: mwilson@meyerwilson.com
Michael J. Boyle, Jr.
Email: mboyle@meyerwilson.com
1320 Dublin Rd., Suite 100
Columbus, OH 43215
Telephone: (614) 224-6000
Facsimile: (614) 224-6066

/s/ Julie A. Crocker (per email authorization)
TAFT STETTINIUS & HOLLISTER, LLP
Julie A. Crocker
Email: jcrocker@taftlaw.com
200 Public Square, Suite 3500
Cleveland, OH, 44114
Telephone: (216) 241-2838
Facsimile: (216) 241-3707

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
10/31/2018